**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bradley E. Smith                                      CHAPTER 7
                     Debtor(s)

                                                             BKY. NO. 21-70149 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ Maria D. Miksich
                                             Maria Miksich
                                             16 Sep 2021, 14:12:57, EDT

                                             Brian C. Nicholas, Esq. (317240) ☐
                                             Maria D. Miksich, Esq. (319383) ☑
                                             Rebecca A. Solarz, Esq. (315936) ☐
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             412-430-3594
                                             bkgroup@kmllawgroup.com