**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| SMITH, BRADLEY E. | § | Case No. 21-70149 |
| Debtor(s) | § | Chapter 7 |
| ================ | § | |
| Lisa M. Swope, Trustee | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| No Respondents | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Lisa M. Swope</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 17 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on May 24, 2022. A Zoom Video Conference Hearing will be held on May 24, 2022 at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join in a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may used the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing. All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited. Only a limited time of 10 minutes is being provided on the calendar. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/25/2022                                      By: /s/ LISA M. SWOPE, TRUSTEE
                                                                                    Trustee

Lisa M. Swope
219 South Center Street
Ebensburg, PA 15931
(814) 472-7151

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

In re:
SMITH, BRADLEY E.    § Case No. 21-70149
    § Chapter 7
    §
    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of :*    $ 18,545.00
*and approved disbursements of:*    $ 42.57
*leaving a balance on hand of[1]:*    $ 18,502.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Citizens Bank, N.A. | 16,759.68 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 18,502.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 2,604.50 | 0.00 | 2,604.50 |
| Trustee, Expenses - Lisa M. Swope | 0.50 | 0.00 | 0.50 |

Total to be paid for chapter 7 administrative expenses:    $ 2,605.00
Remaining balance:    $ 15,897.43

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,897.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 15,897.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,030.44 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 72.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | JPMorgan Chase Bank, N.A. | 11,181.85 | 0.00 | 8,068.96 |
| 3 | JPMorgan Chase Bank, N.A. | 8,872.74 | 0.00 | 6,402.68 |
| 4 | UPMC Physician Services | 1,304.40 | 0.00 | 941.27 |
| 5 | UPMC Health Services | 671.45 | 0.00 | 484.52 |

Total to be paid for timely general unsecured claims: $ 15,897.43
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ LISA M. SWOPE, TRUSTEE
Trustee

Lisa M. Swope
219 South Center Street
Ebensburg, PA 15931
(814) 472-7151

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70149-JAD |
| Bradley E. Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Bradley E. Smith, 609 4th Street, Tyrone, PA 16686-1209 |
| 15358390 | | AETNA, P O Box 981106, El Paso, TX 79998-1106 |
| 15358391 | + | AMED, 1012 Seventh Avenue, Altoona, PA 16602-2517 |
| 15358389 | + | Advantage Home Health Services, LLC, 5035 Clairton Blvd., Pittsburgh, PA 15236-2103 |
| 15358392 | + | Chartwell Pennsylvania, LP, P O Box 360552, Pittsburgh, PA 15251-6552 |
| 15358399 | + | Hillview Healthcare & Rehabilitation Ctr, 700 South Cyuga Avenue, Altoona, PA 16602-4303 |
| 15358400 | + | MedCare Equipment Company LLC, P O Box 1259 Dept.#140418, Oaks, PA 19456-1259 |
| 15363304 | + | MedCare Equipment Company, LLC, Corporate Office, 115 Equity Drive, Greensburg, PA 15601-7190 |
| 15380662 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15358405 | + | UPMC Home Healthcare, PO Box 643028, Pittsburgh, PA 15264-3028 |
| 15380555 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 25 2022 23:48:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15358396 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 25 2022 23:41:00 | Citizens Bank, PO Box 42002, Providence, RI 02940-2002 |
| 15358397 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 25 2022 23:41:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15362843 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 25 2022 23:41:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15358395 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 23:48:44 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15358398 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 25 2022 23:41:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15358393 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 23:48:43 | Chase Card Services, Attn: Bankruptcy, P O Box 15298, Wilmington, DE 19850 |
| 15358394 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 23:48:46 | Chase Card Services, P O Box 15369, Wilmington, DE 19850 |
| 15367062 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 25 2022 23:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15358401 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 25 2022 23:41:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15359049 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 25 2022 23:48:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 21-70149-JAD   Doc 28   Filed 04/27/22   Entered 04/28/22 00:24:04   Desc Imaged
Certificate of Notice   Page 7 of 7

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 25, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 15358404 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 25 2022 23:41:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15358402 | + | Email/Text: jsprentz@urc.com | Apr 25 2022 23:41:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |
| 15358403 | + | Email/Text: skorman@uoc.com | Apr 25 2022 23:41:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |
| 15358406 | + | Email/Text: bankruptcy@wofco.com | Apr 25 2022 23:41:00 | World Omni Financial Corp., Attn: Bankruptcy, P O Box 991817, Mobile, AL 36691-8817 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 15367063 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Debtor Bradley E. Smith jmuriceak@eveyblack.com  choover@eveyblack.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5