**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:

**BRADLEY E. SMITH,** : Bankruptcy No. **21-70149-JAD**
:
:
:
Debtor(s) : Chapter 7
:
: Docs. # 25 - 27

## ORDER OF COURT

AND NOW this **20th** day of **May, 2022**, after notice and review by the Court, it hereby is **ORDERED**, **ADJUDGED** and **DECREED** that the **Trustee's Final Report and Account and Proposed Order of Distribution BE AND ARE APPROVED**. **TRUSTEE SWOPE IS ORDERED** to make distribution pursuant to same.

_____ sjk
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Lisa M. Swope, Esq.

FILED
5/20/22 7:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00033995

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-70149-JAD
Bradley E. Smith Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2
Date Rcvd: May 20, 2022     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15358390 | | AETNA, P O Box 981106, El Paso, TX 79998-1106 |
| 15358391 | + | AMED, 1012 Seventh Avenue, Altoona, PA 16602-2517 |
| 15358389 | + | Advantage Home Health Services, LLC, 5035 Clairton Blvd., Pittsburgh, PA 15236-2103 |
| 15358392 | + | Chartwell Pennsylvania, LP, P O Box 360552, Pittsburgh, PA 15251-6552 |
| 15358399 | + | Hillview Healthcare & Rehabilitation Ctr, 700 South Cyuga Avenue, Altoona, PA 16602-4303 |
| 15358400 | + | MedCare Equipment Company LLC, P O Box 1259 Dept.#140418, Oaks, PA 19456-1259 |
| 15363304 | + | MedCare Equipment Company, LLC, Corporate Office, 115 Equity Drive, Greensburg, PA 15601-7190 |
| 15380662 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15358405 | + | UPMC Home Healthcare, PO Box 643028, Pittsburgh, PA 15264-3028 |
| 15380555 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15362843 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 20 2022 23:45:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15358396 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 20 2022 23:45:00 | Citizens Bank, PO Box 42002, Providence, RI 02940-2002 |
| 15358397 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 20 2022 23:45:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15358395 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2022 23:54:24 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15358398 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 20 2022 23:45:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15358393 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 20 2022 23:54:23 | Chase Card Services, Attn: Bankruptcy, P O Box 15298, Wilmington, DE 19850 |
| 15358394 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 20 2022 23:54:26 | Chase Card Services, P O Box 15369, Wilmington, DE 19850 |
| 15367062 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 20 2022 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15358401 | + | Email/Text: bankruptcyteam@quickenloans.com | May 20 2022 23:45:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15359049 | + | Email/PDF: gecsedi@recoverycorp.com | May 20 2022 23:54:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15358404 | + | Email/Text: BankruptcyNotice@upmc.edu | May 20 2022 23:45:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15358402 | + | Email/Text: jsprentz@urc.com | May 20 2022 23:45:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |

Case 21-70149-JAD    Doc 30    Filed 05/22/22    Entered 05/23/22 00:22:20    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| 15358403 | + Email/Text: skorman@uoc.com | | |
|---|---|---|---|
| | | May 20 2022 23:45:22 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |
| 15358406 | + Email/Text: bankruptcy@wofco.com | | |
| | | May 20 2022 23:45:00 | World Omni Financial Corp., Attn: Bankruptcy, P O Box 991817, Mobile, AL 36691-8817 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15367063 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Debtor Bradley E. Smith jmuriceak@eveyblack.com choover@eveyblack.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5