**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Johnstown DIVISION**

| | | |
|---|---|---|
| In re: | | |
| SMITH, BRADLEY E. | § | Case No. 21-70149 |
| Debtor(s) | § | Chapter 7 |
| =============== | § | |
| Lisa M. Swope, Trustee | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| No Respondents | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lisa M. Swope, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $329,089.22 | Assets Exempt: | $226,292.72 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,897.43 | Claims Discharged Without Payment: | $58,771.49 |
| Total Expenses of Administration: | $2,647.57 | | |

3) Total gross receipts of $18,545.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,545.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $116,630.96 | $16,759.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,647.57 | $2,647.57 | $2,647.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $76,361.35 | $22,030.44 | $22,030.44 | $15,897.43 |
| **TOTAL DISBURSEMENTS** | $192,992.31 | $41,437.69 | $24,678.01 | $18,545.00 |

4) This case was originally filed under chapter 7 on 03/31/2021.  The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2022                    By: /s/ Lisa M. Swope
                                          Trustee , Bar No.: 77003

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Northwestern Mutual Life Insurance: Jacob Smith - Son | 1129-000 | $18,545.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,545.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizens Bank, N.A. | 4110-000 | $16,689.82 | $16,759.68 | $0.00 | $0.00 |
| N/F | Citizens Bank | 4110-000 | $614.12 | NA | NA | NA |
| N/F | Quicken Loans | 4110-000 | $94,254.02 | NA | NA | NA |
| N/F | World Omni Financial Corp. | 4110-000 | $5,073.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$116,630.96** | **$16,759.68** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 2100-000 | NA | $2,604.50 | $2,604.50 | $2,604.50 |
| Trustee, Expenses - Lisa M. Swope | 2200-000 | NA | $0.50 | $0.50 | $0.50 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $42.57 | $42.57 | $42.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,647.57** | **$2,647.57** | **$2,647.57** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | $11,181.85 | $11,181.85 | $11,181.85 | $8,068.96 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | $8,744.44 | $8,872.74 | $8,872.74 | $6,402.68 |
| 4 | UPMC Physician Services | 7100-000 | $1,449.33 | $1,304.40 | $1,304.40 | $941.27 |
| 5 | UPMC Health Services | 7100-000 | $2,347.25 | $671.45 | $671.45 | $484.52 |
| N/F | AETNA | 7100-000 | $7,853.00 | NA | NA | NA |
| N/F | AETNA | 7100-000 | $2,280.25 | NA | NA | NA |
| N/F | AMED | 7100-000 | $2,280.25 | NA | NA | NA |
| N/F | Advantage Home Health Services, LLC | 7100-000 | $39.24 | NA | NA | NA |
| N/F | Advantage Home Health Services, LLC | 7100-000 | $13.20 | NA | NA | NA |
| N/F | Advantage Home Health Services, LLC | 7100-000 | $26.16 | NA | NA | NA |
| N/F | Advantage Home Health Services, LLC | 7100-000 | $13.20 | NA | NA | NA |
| N/F | Advantage Home Health Services, LLC | 7100-000 | $13.08 | NA | NA | NA |
| N/F | Advantage Home Health Services, LLC | 7100-000 | $26.40 | NA | NA | NA |
| N/F | Chartwell Pennsylvania, LP | 7100-000 | $2,998.80 | NA | NA | NA |
| N/F | Citibank North America | 7100-000 | $510.00 | NA | NA | NA |
| N/F | Hillview Healthcare & Rehabilitation Ctr | 7100-000 | $31,735.10 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | MedCare Equipment Company LLC | 7100-000 | $86.80 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | United Refining | 7100-000 | $28.00 | NA | NA | NA |
| N/F | University Orthopedics Center | 7100-000 | $4,735.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$76,361.35** | **$22,030.44** | **$22,030.44** | **$15,897.43** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 21-70149 | Trustee Name: | (580800) Lisa M. Swope |
| --- | --- | --- | --- |
| Case Name: | SMITH, BRADLEY E. | Date Filed (f) or Converted (c): | 03/31/2021 (f) |
| | | § 341(a) Meeting Date: | 05/03/2021 |
| For Period Ending: | 07/14/2022 | Claims Bar Date: | 06/14/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 609 4th Street, Tyrone, PA 16686-0000, Blair County | 125,000.00 | 2,716.16 | | 0.00 | FA |
| 2 | 2006 Lincoln Towncar, 213,000 miles | 3,798.00 | 0.00 | | 0.00 | FA |
| 3 | 2017 Toyota Tacoma, 50,000 miles | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | Stove/Oven | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Dishwasher | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Microwave | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Refrigerator/Freezer | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Kitchenware | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Washer/Dryer ($350.00 each) | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Lamps, Mirrors, Clocks | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Living Room Furniture (collective value with no item exceeding $625.00) | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Entertainment Center | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Bedroom No. 1 Furniture | 450.00 | 0.00 | | 0.00 | FA |
| 14 | Bedroom No. 2 Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 15 | Misc. Household Items (Linens, etc.) | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Computer (purchased new for $1,000.00) | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Printer | 150.00 | 0.00 | | 0.00 | FA |
| 18 | Lawn mower | 150.00 | 0.00 | | 0.00 | FA |
| 19 | Snowblower | 300.00 | 0.00 | | 0.00 | FA |
| 20 | Yard Tools and Equipment | 150.00 | 0.00 | | 0.00 | FA |
| 21 | Television | 400.00 | 0.00 | | 0.00 | FA |
| 22 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 23 | Watches | 100.00 | 0.00 | | 0.00 | FA |
| 24 | Other Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 25 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 26 | Checking: Citizens Bank | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Savings: Citizens Bank | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 21-70149 | | Trustee Name: | (580800) Lisa M. Swope |
|---|---|---|---|---|
| Case Name: | SMITH, BRADLEY E. | | Date Filed (f) or Converted (c): | 03/31/2021 (f) |
| | | | § 341(a) Meeting Date: | 05/03/2021 |
| For Period Ending: | 07/14/2022 | | Claims Bar Date: | 06/14/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | Vendor Deposit: Curb Appeal (deposit for driveway repair) | 800.00 | 0.00 | | 0.00 | FA |
| 29 | IRA: Lincoln Financial Retirement IRA | 79,290.98 | 0.00 | | 0.00 | FA |
| 30 | 401 (k): Signature Wealth Advisors 401 (k) | 102,450.24 | 0.00 | | 0.00 | FA |
| 31 | Northwestern Mutual Life Insurance: Jacob Smith - Son | 30,948.91 | 17,548.91 | | 18,545.00 | FA |
| **31** | **Assets Totals (Excluding unknown values)** | **$360,038.13** | **$20,265.07** | | **$18,545.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/30/21 debtor liquidating a nonexempt portion of life insurance, need to prepare TFR

**Initial Projected Date Of Final Report (TFR):** 09/30/2021     **Current Projected Date Of Final Report (TFR):** 02/28/2022 (Actual)

07/14/2022
Date

/s/Lisa M. Swope
Lisa M. Swope

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 21-70149 | **Trustee Name:** | Lisa M. Swope (580800) | |
| **Case Name:** | SMITH, BRADLEY E. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***7673 | **Account #:** | ******6515 Checking | |
| **For Period Ending:** | 07/14/2022 | **Blanket Bond (per case limit):** | $8,856,594.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/21 | {31} | Evy Black Attorneys | Non exempt portion of Life insurance cash surrender value | 1129-000 | 18,545.00 | | 18,545.00 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.87 | 18,532.13 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.70 | 18,502.43 |
| 06/06/22 | 101 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $2,604.50; Claim # FEE; Filed: $2,604.50 | 2100-000 | | 2,604.50 | 15,897.93 |
| 06/06/22 | 102 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $0.50; Claim # TE; Filed: $0.50 | 2200-000 | | 0.50 | 15,897.43 |
| 06/06/22 | 103 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 72.16% of $11,181.85; Claim # 2; Filed: $11,181.85 | 7100-000 | | 8,068.96 | 7,828.47 |
| 06/06/22 | 104 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 72.16% of $8,872.74; Claim # 3; Filed: $8,872.74 | 7100-000 | | 6,402.68 | 1,425.79 |
| 06/06/22 | 105 | UPMC Physician Services | Distribution payment - Dividend paid at 72.16% of $1,304.40; Claim # 4; Filed: $1,304.40 | 7100-000 | | 941.27 | 484.52 |
| 06/06/22 | 106 | UPMC Health Services | Distribution payment - Dividend paid at 72.16% of $671.45; Claim # 5; Filed: $671.45 | 7100-000 | | 484.52 | 0.00 |
| | | **COLUMN TOTALS** | | | 18,545.00 | 18,545.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,545.00 | 18,545.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,545.00** | **$18,545.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-70149 | **Trustee Name:** | Lisa M. Swope (580800) |
| **Case Name:** | SMITH, BRADLEY E. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7673 | **Account #:** | ******6515 Checking |
| **For Period Ending:** | 07/14/2022 | **Blanket Bond (per case limit):** | $8,856,594.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $18,545.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,545.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6515 Checking | $18,545.00 | $18,545.00 | $0.00 |
| | **$18,545.00** | **$18,545.00** | **$0.00** |

07/14/2022
Date

/s/Lisa M. Swope
Lisa M. Swope

UST Form 101-7-TDR (10/1/2010)